IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA PITTMAN                                             PLAINTIFF

V.                        CASE NO. 3:19-CV-16-BD

SOCIAL SECURITY ADMINSTRATION                              DEFENDANT

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Docket entry #15) For good cause shown, the Commissioner's motion (#15) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 1st day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE