# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SANDRA PITTMAN**                                                                 **PLAINTIFF**

**V.**                       **CASE NO. 3:19-CV-16-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## ORDER

Plaintiff Sandra Pittman has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #18) She seeks fees and expenses in the amount of $2,418.57 (*Id.*) The Commissioner does contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (#20)

Because there is no objection to granting attorney's fees and expenses, Ms. Pittman's motion (#18) is GRANTED, and the Commissioner is directed to pay the total sum of $2,418.57 in fees and expenses, subject to offset if she has outstanding government debt.

IT IS SO ORDERED, this 4th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE